**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT JUL 2016 ★
EASTERN DISTRICT OF NEW YORK

LONG ISLAND OFFICE

---------------------------------------------------------x
GUADALUPE CANALES,

        Plaintiff,

-against-

No. 16-CV-346(LDW)(AKT)

ABLE CROWN BUILDING MAINTENANCE, CO.,

        Defendants.
---------------------------------------------------------x

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties in the above matter, having resolved their differences, hereby agree that this action shall be dismissed without costs or attorneys' fees to any party, with prejudice.

Dated: Great Neck, New York
July 6, 2016

ACKERMAN, LEVINE, CULLEN,
BRICKMAN & LIMMER, LLP

By _____
Jose G. Santiago, Esq.
1010 Northern Blvd., Suite 400
Great Neck, New York 11021
516-829-6900
jsantiago@ackermanlevine.com

*Attorneys for Plaintiff*

Dated: New York, New York
July 6, 2016

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By _____
Aaron Warshaw
Nicole A. Welch
1745 Broadway, 22nd Floor
New York, New York 10019
212-492-2500
aaron.warshaw@ogletreedeakins.com
nicole.welch@ogletreedeakins.com

*Attorneys for Defendant*

The Clerk of the Court is directed to close the case.

SO ORDERED:

_____
Hon. Leonard D. Wexler, U.S.D.J.

25036326.2